GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone: (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
Michelle McGuire

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-1062 PJH |
| Plaintiff, | |
| vs. | JOINT CASE STATUS MEMORANDUM |
| Karim Akil et. al., | Date:  November 16, 2011<br>Time: 2:30 p.m.<br>Court: Honorable Phyllis Hamilton |
| Defendants. | |

**INTRODUCTION**

The parties submit this Joint Case Status Memorandum, pursuant to the Court's October 13, 2011 Order.

**I.  Settlement Conference**

The parties have met, conferred and scheduled a settlement conference for December 15, 2011 at 1:30 p.m. before Magistrate Laurel Beeler.

**II.  DISCOVERY AND CASE PREPARATION**

Recently appointed CJA counsel for defendants Michelle McGuire, James Ross and Louisa Wonda Kidd have obtained client files from former counsel for each of the defendants and are in the process of sorting through thousands of documents, bank records, purchase records, escrow files, email

correspondence and audio recordings to understand the case and discuss the same with each of our respective clients.  There is no existing defense document\evidence database.  Counsel for defendants McGuire, Ross and Kidd have met and discussed joint collaboration in creating a CaseMap database to expedite in the preparation of the case.  Although all newly appointed counsel will participate in the December 15, 2011 settlement conference none will have completed review of all relevant discovery and case evidence by the time settlement discussions will commence.

The government has informed defense counsel that in addition to the eighteen (18 real properties charged in the Indictment, there are approximately one hundred (100) additional properties\transactions that may be offered as 404b evidence should the case proceed to trial.  Access to these additional materials have been made available to the defense however no hard or electronic copies of the same has yet to be produced.

### III. TRIAL DATES

The government believes that the most efficient way to try the defendants charged in this case is in a single trial.

Newly appointed counsel for defendants McGuire, Ross and Kidd will not be prepared for trial by March or April of 2012.

Co-counsels John Reichmuth and Alan Dressler are both unavailable for trial in March-April 2012.  Mr. Reichmuth is set to commence a four week trial before Judge Claudia Wilkens beginning March 26, 2012.  Co-defendant Amy Schloemann's counsel, Alan Dressler is set to start a three week trial before Judge Maxine Chesney on March 15, 2012.  Government counsel, AUSA Stephen Corrigan is also unavailable for trial in March-April 2012 having recently been assigned to a case before Judge Armstrong for trial beginning March 26, 2012.

Garrick Lew, counsel for defendant McGuire, has a prepaid booked vacation in Europe with his family starting June 15 returning July 4, 2012.  All parties and their clients are available for trial in July 2012.

All parties jointly request that the court set trial in this matter for July 12, 2012.

DATED: November 14, 2011          Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney

                                              /s/
                                  _____
                                  Stephen G. Corrigan
                                  Assistant United States Attorney


DATED: November 14, 2011                      /s/
                                  _____
                                  Law Offices of Garrick S. Lew & Associates
                                  Attorneys for Defendant MICHELLE McGUIRE


DATED: November 14, 2011                      /s/
                                  _____
                                  Alan A. Dressler, Esq.
                                  Attorney for Defendant Amy Schloemann


DATED: November 14, 2011                      /s/
                                  _____
                                  Kenneth H. Wine, Esq.
                                  Attorney for Defendant Karim Akil


DATED: November 14, 2011                      /s/
                                  _____
                                  Diana L. Weiss, Esq.
                                  Attorney for Defendant Louisa Wonda Kidd


DATED: November 14, 2011                      /s/
                                  _____
                                  Gail R. Shifman, Esq.
                                  Attorney for Defendant James Ross