Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel.    (415) 421-7980
Fax    (415) 421-7021
E-mail: alandressler@aol.com

Attorney for Defendant
Amy Schloemann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-01062 PJH |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANTS KARIM AKIL AND AMY SCHLOEMANN |
| v. ) | |
| KARIM AKIL et al., ) | |
| Defendants. ) | |

    The United States of America and defendants Amy Schloemann and Karim Akil, by and through their respective counsel, with the approval of Pretrial Services, hereby stipulate and ask the Court to order the following modification of defendant Schloemann and Akil's "Conditions of Release and Appearance" as follows:

    1. The condition of release prohibiting defendants Schloemann and Akil from having contact with each other out of the presence of counsel is modified as follows: Defendants Schloemann and Akil may have contact with each other out of the presence of counsel but shall not discuss the facts and circumstances of this case.

///

///

Stipulation and Order Modifying Conditions of Release
of Defendants Amy Schloemann and Karim Akil Cr 09-01062 PJH      1

2. All other conditions of release shall remain the same.

IT IS SO STIPULATED:

Dated: October 16, 2012					Respectfully submitted,

									MELINDA HAAG
									United States Attorney

									_____/s/_____
									STEPHEN G. CORRIGAN
									Assistant United States Attorney

									_____/s/_____
									ALAN DRESSLER, Esq.
									Attorney for Defendant Schloemann

									_____/s/_____
									KENNETH WINE, Esq.
									Attorney for Defendant AkIL

**IT IS SO ORDERED.**

DATED: 10/24/12

_____
DONNA M. RYU
United States Magistrate Judge